**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86 10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
212-373-3056

WRITER'S DIRECT FACSIMILE
212-492-0086

WRITER'S DIRECT E-MAIL ADDRESS
rkaplan@paulweiss.com

MATTHEW W ABBOTT
EDWARD T ACKERMAN
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
CHARLES E DAVIDOW
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D GOLDBAUM
NEIL GOLDMAN
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
BRIAN M JANSON
JAREN JANGHORBANI
MEREDITH J KANE

ROBERTA A KAPLAN
BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
WILLIAM B MICHAEL
TOBY S MYERSON
CATHERINE NYARADY
JANE B O'BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
MARC E PERLMUTTER
VALERIE E RADWANER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
MONICA K THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
MARIA T VULLO
ALEXANDRA M WALSH*
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JENNIFER H WU
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

June 4, 2015

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

        Re:    *Nungesser* v. *Columbia University, et al.*,
                No. 1:15-cv-3216-GHW (S.D.N.Y.)

Dear Judge Woods:

        We represent the defendants Columbia University, Trustees of Columbia University, Lee C. Bollinger, and Jon Kessler ("Defendants") in the above-captioned matter. I write this letter jointly on behalf of both Plaintiff and Defendants pursuant to Rule 1.E of the Court's Individual Rules of Practice in Civil Cases (the "Individual Rules") to request an adjournment of the initial pretrial conference currently scheduled for June 25, 2015 and to request a further modification of the schedule.

        Relevant Background

        Plaintiff's original Complaint was filed on April 23, 2015. On May 1, 2015, the Court issued an Order granting Defendants' April 30, 2015 request for an extension until June 19, 2015 to respond to Plaintiff's Complaint. On May 13, 2015, the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gregory H. Woods 2

Court issued a Notice of Initial Pretrial Conference, setting the initial pretrial conference for June 25, 2015 and also setting a date of June 18, 2015 for the parties' submission of their joint letter and case management plan. The next day, on May 14, 2015, Plaintiff filed an Amended Complaint. Other than the April 30, 2015 request, there have been no previous requests for adjournment or extension of any of the deadlines in this case.

In light of the filing of the Amended Complaint and in light of my own unavailability on June 25 due to a previously-scheduled trip to California, the parties met and conferred regarding the schedule. Although the Defendants were prepared to move forward on a more expedited schedule than what is set forth below, Mr. Miltenberg asked for a lengthier briefing schedule due to personal circumstances beyond his control and we agreed to that request.

Proposed Revised Schedule

Accordingly, as a result of the parties' discussions, we jointly propose the following revised schedule (all dates are for 2015):

| | |
|---|---|
| July 10: | Parties to submit joint letter and case management plan |
| | Defendants to file pre-motion letter pursuant to Rule 2.C of the Individual Rules concerning anticipated motion to dismiss Amended Complaint |
| Week of July 20: | Initial pre-trial/pre-motion conference |
| August 7: | Defendants to file motion to dismiss the Amended Complaint |
| September 28: | Plaintiff to file opposition to Defendants' motion to dismiss Amended Complaint |
| October 16: | Defendants to file reply in further support of motion to dismiss Amended Complaint[1] |

---

[1] The parties have not prepared a schedule with respect to any cross-motion by Plaintiff (such as a motion to amend) since that would be premature. Moreover, it is the Defendants' position that if Plaintiff seeks to amend the complaint based on facts known to him at this time, then he should do so now so that the Defendants do not have to undertake the burden and expense of moving against what could potentially be a non-operative complaint.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gregory H. Woods 3

        We hope that the above schedule is acceptable to the Court.  Of course, to the extent that Your Honor has any questions or requires additional information, the parties are available at the Court's convenience to discuss this proposed schedule or any other matters.

                          Respectfully submitted,

                          *Roberta A. Kaplan/cg.*

                          Roberta A. Kaplan

cc:    Andrew T. Miltenberg