UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL NUNGESSER,<br><br>          Plaintiff,<br><br>    v.<br><br>COLUMBIA UNIVERSITY,<br>TRUSTEES OF COLUMBIA UNIVERSITY,<br>LEE C. BOLLINGER, individually and as<br>agent of Columbia University, JON KESSLER,<br>individually and as agent of Columbia University,<br>THOMAS VU-DANIEL, individually and as agent of<br>Columbia University, and MARIANNE HIRSCH,<br>individually and as agent of Columbia University,<br><br>          Defendants. | No. 15-cv-3216 (GHW)<br><br>Oral Argument Requested |

**NOTICE OF MOTION TO STRIKE PORTIONS OF THE
SECOND AMENDED & SUPPLEMENTED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and all other pleadings and papers in this matter, Defendants Columbia University, the Trustees of Columbia University, Lee C. Bollinger, individually and as agent of Columbia University, Jon Kessler, individually and as agent of Columbia University, Tomas[1] Vu-Daniel, individually and as agent of Columbia University, and Marianne Hirsch, individually and as agent of Columbia University will move this Court, before the Honorable Gregory Woods, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order granting Defendants' motion to strike certain portions of Plaintiff's Second Amended and Supplemented Complaint filed April 25, 2016, ECF No. 41, pursuant to Federal Rules of Civil

---

[1]   Mr. Vu-Daniel's first name is misspelled in the caption. It is Tomas, not Thomas.

Procedure 12(f) and 8(a), and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
June 15, 2016

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:     */s/ Roberta A. Kaplan*

Michele S. Hirshman
Roberta A. Kaplan
Darren W. Johnson
Caitlin E. Grusauskas

1285 Avenue of the Americas
New York, NY 10019-6064
Main: 212.373.3000
Fax: 212.757.3990
mhirshman@paulweiss.com
rkaplan@paulweiss.com
djohnson@paulweiss.com
cgrusauskas@paulweiss.com

*Attorneys for Columbia University, Trustees of Columbia University, Lee C. Bollinger, Jon Kessler, Tomas Vu-Daniel and Marianne Hirsch*