USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PAUL NUNGESSER,

                Plaintiff,

-v-

COLUMBIA UNIVERSITY, TRUSTEES OF
COLUMBIA UNIVERSITY, LEE C.
BOLLINGER, JON KESSLER, THOMAS VU-
DANIEL, and MARIANNE HIRSCH,

                Defendants.

-----------------------------------------------------------X

15 CIVIL 3216 (GHW)

**JUDGMENT**

Defendants having moved to dismiss, and the matter having come before the Honorable Gregory H. Woods, United States District Judge, and the Court, on March 24, 2017, having rendered its Memorandum Opinion & Order granting the motion to dismiss in its entirety. Because the Court has concluded that any further amendment would be futile, the Court is dismissing Nungesser's Second Amended and Supplemental Complaint with prejudice; and directing the Clerk of Court to enter judgment in favor of the Defendants, and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 24, 2017, the motion to dismiss is granted in its entirety. Because the Court has concluded that any further amendment would be futile, Nungesser's Second Amended and Supplemental Complaint is dismissed with prejudice; accordingly, the case is closed.

Dated: New York, New York
March 24, 2017

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk