Skip to main content | About Us | Contact Us | FAQs |  Language Assistance

 **U.S. Department of Education**

Search...  [Search]

| Student Loans | Grants | Laws | Data |

**ABOUT ED / OFFICES**

## OCR
### Office for Civil Rights

- Home
- Programs/Initiatives
- Office Contacts
- Reports & Resources
- News
- About OCR
- Reading Room
- Frequently Asked Questions
- Careers/Internships

# Dear Colleague Letter
### OFFICE OF THE ASSISTANT SECRETARY

## Page 1
April 4, 2011

Dear Colleague:

Education has long been recognized as the great equalizer in America. The U.S. Department of Education and its Office for Civil Rights (OCR) believe that providing all students with an educational environment free from discrimination is extremely important. The sexual harassment of students, including sexual violence, interferes with students' right to receive an education free from discrimination and, in the case of sexual violence, is a crime.

Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 *et seq.*, and its implementing regulations, 34 C.F.R. Part 106, prohibit discrimination on the basis of sex in education programs or activities operated by recipients of Federal financial assistance. Sexual harassment of students, which includes acts of sexual violence, is a form of sex discrimination prohibited by Title IX. In order to assist recipients, which include school districts, colleges, and universities (hereinafter "schools" or "recipients") in meeting these obligations, this letter[1] explains that the requirements of Title IX pertaining to sexual harassment also cover sexual violence, and lays out the specific Title IX requirements applicable to sexual violence.[2] Sexual violence, as that term is used in this letter, refers to physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent due to the victim's use of drugs or alcohol. An individual also may be unable to give consent due to an intellectual or other disability. A number of different acts fall into the category of sexual violence, including rape,

### More Resources
Dear Colleague Letter
PDF (245K)

Fact Sheet
PDF (121K)

Know Your Rights
PDF (138K)

### How Do I Find...
- Student loans, forgiveness
- College accreditation
- Every Student Succeeds Act (ESSA)
- FERPA
- FAFSA
- 1098-E Tax Form

More >

### Information About...
- Transforming Teaching
- Family and Community Engagement
- Early Learning

### Related Topics
- How to File a Complaint
- Topics A-Z
- Civil Rights Data Collection (CRDC)
- Other Civil Rights Agencies
- Recursos de la Oficina Para Derechos Civiles en Español
- Resources Available in Other Languages

Cited in Nungesser v Columbia Univ 1-15cv3216 Decided 3/24/17

Archived on 3/30/17

This document is protected by copyright. Further reproduction is prohibited without permission.

[1] The Department has determined that this Dear Colleague Letter is a "significant guidance document" under the Office of Management and Budget's Final Bulletin for Agency Good Guidance Practices, 72 Fed. Reg. 3432 (Jan. 25, 2007), *available at:*

http://www.whitehouse.gov/sites/default/files/omb/assets/regulatory_matters_pdf/012507_good_guidance.pdf. OCR issues this and other policy guidance to provide recipients with information to assist them in meeting their obligations, and to provide members of the public with information about their rights, under the civil rights laws and implementing regulations that we enforce. OCR's legal authority is based on those laws and regulations. This letter does not add requirements to applicable law, but provides information and examples to inform recipients about how OCR evaluates whether covered entities are complying with their legal obligations. If you are interested in commenting on this guidance, please send an e-mail with your comments to OCR@ed.gov, or write to us at the following address: Office for Civil Rights, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202.

[2] Use of the term "sexual harassment" throughout this document includes sexual violence unless otherwise noted. Sexual harassment also may violate Title IV of the Civil Rights Act of 1964 (42 U.S.C. § 2000c), which prohibits public school districts and colleges from discriminating against students on the basis of sex, among other bases. The U.S. Department of Justice enforces Title IV.

### Student Loans
Repaying Loans
Defaulted Loans
Loan Forgiveness
Loan Servicers

### Grants & Programs
Apply for Pell Grants
Grants Forecast
Apply for a Grant
Eligibility for Grants

### Laws & Guidance
Every Student Succeeds Act (ESSA)
FERPA
Civil Rights

### Data & Research
Education Statistics
Postsecondary Education Data
ED Data Express
Nation's Report Card
What Works Clearinghouse

### About Us
Contact Us
ED Offices
Jobs
Press Releases
FAQs
Recursos en español
Budget, Performance
Subscribe to E-Mail Updates





Notices   FOIA   Privacy   Accessibility   Security   Information quality   Inspector General   Whitehouse.gov   USA.gov   Benefits.gov   Regulations.gov

https://www2.ed.gov/about/offices/list/ocr/letters/colleague-201104.html[3/30/2017 9:48:16 AM]

Cited in Nungesser v Columbia Univ 1-15cv3216 Decided 3/24/17 Archived on 3/30/17 This document is protected by copyright. Further reproduction is prohibited without permission.